AO 442 (Rev. 01/09) Arrest Warrant                                              11951197

# UNITED STATES DISTRICT COURT
## for the
### Central District of Utah

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 2:26mj313 JCB |
| Blue Inessa-Ethington, A.K.A., Carly Ann Crosby | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  **Blue Inessa-Ethington, A.K.A., Carly Ann Crosby**                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

**18 U.S.C § 1204 INTERNATIONAL PARENTAL KIDNAPPING**

Date: April 16, 2026                                    _____
                                                         *Issuing officer's signature*

City and state:  **Salt Lake City, Utah**               JARED C. BENNETT, United States Magistrate Judge
                                                         *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 04/16/2026 , and the person was arrested on *(date)* 04/20/2026 at *(city and state)* Richmond, VA . |
| Date: 04/21/2026                              _____ *Arresting officer's signature* |
| Kathryn Weber, FBI SA *Printed name and title* |