CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: COLOMBELL

REPORTER: FTR

DOCKET NO. 3:26mj25-2

DATE: 4/21/26

UNITED STATES OF AMERICA
v.

COUNSEL

1. Blue Inessa - Ethington

    Deft appeared via VTC ( ) ZOOM ( ✓ )

1. Michael Moore (w)

APPEARANCES: GOVERNMENT ___Katherine Groover___ (✓)
DEFENDANT WITH COUNSEL (✓)  DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )  WAIVER OF APPEARANCE FILED ( )
INTERPRETER _____ ( )

BAIL STATUS: DEFENDANT ON BOND ( ) DEFENDANT ON SUPERVISED RELEASE ( )
DEFENDANT INCARCERATED ( ✓ ) BOND NOT SET ( )

TYPE OF
PROCEEDINGS: INITIAL (✓) ~Rule 5~ ARRAIGNMENT ( ) REARRAIGNMENT/GUILTY PLEA ( )
PRELIMINARY ( ) DETENTION ( ) MOTIONS ( ) OTHER: _____ ( )
INITIAL ON SUPERVISED RELEASE/PROBATION VIOLATION ( )

PRELIMINARY
PROCEEDINGS: WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

INITIAL HEARING
PROCEEDINGS: DATE OF ARREST: __4/20/26__ GOVT'S MOTION TO UNSEAL ( )
GOVT SUMMARIZED CHARGES (✓) DEFT ADVISED OF RULE 5 RIGHTS (✓)
FINANCIAL AFFIDAVIT ( ) COUNSEL TO BE APPOINTED (✓) Michael Moore
DEFT TO RETAIN COUNSEL ( )          for Richmond hearings
GOVT'S MOTION TO DETAIN DEFT (✓) ORDER OF TEMPORARY DETENTION ( )
DEFT REMANDED (✓) DETENTION HEARING SET: _____

PRELIMINARY HEARING
PROCEEDINGS: GOVT ADDUCED EVIDENCE ( )  DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( )  FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( ) PROBABLE CAUSE FOUND ( )
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( ) DEFT REMANDED ( )
WITNESS(ES) _____

_____

_____

_____

DETENTION HEARING
PROCEEDINGS: GOVT ADDUCED EVIDENCE ( )  DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( )  FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( ) DEFENDANT CONTINUED ON PRESENT BOND ( )
DEFT HELD W/O BOND ( ) FLIGHT RISK ( ) DANGER ( )
GOVT NOT SEEKING DETENTION ( ) DEFENDANT RELEASED ON BOND ( )
ELECTRONIC MONITORING ( ) 3rd PARTY CUSTODIAN ( )
DEFT RELEASED ON SAME CONDITIONS AS PREVIOUSLY IMPOSED ( )
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( )
DEFT REMANDED ( )
WITNESS(ES) __* Deft waived Rule 5 hearings__
__in this district__
__* Deft committed to the District of__
__Utah for further proceedings__

COURT REMINDED COUNSEL OF PROSECUTORIAL OBLIGATIONS AS REQUIRED UNDER RULE 5(F) (✓)

CASE CONTINUED TO: _____ FOR _____
CASE SET: 3:15  BEGAN: 3:39  ENDED: 3:51  TIME IN COURT: 12 minutes